# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0610. SAMUEL F. COOPER v. MCCALLA RAYMER LIEBERT PIERCE LLC.

Samuel Cooper filed a motion to recuse the judge assigned to his case and all the superior court judges in Columbia County. The assigned judge denied Cooper's motion, and Cooper filed this application for discretionary review. We lack jurisdiction.

An order denying a motion to recuse is interlocutory. See *Ellis v. Stanford*, 256 Ga. App. 294, 295(2) (568 SE2d 157) (2002). Thus, in order to appeal, Cooper was required to use the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court and filing an application for interlocutory review. See OCGA § 5-6-34(b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Although Cooper filed an application for discretionary appeal, compliance with the discretionary-appeal statute, OCGA § 5-6-35, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34(b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Accordingly, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/14/2026

> I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

> Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*